Magistrate Judge Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>CLARENCE LERNELL DARDEN,<br><br>Defendant(s). | CASE NO.  MJ23-080<br><br>COMPLAINT for VIOLATION<br><br>Title 18, U.S.C. Section 922(g)(1) |

BEFORE, Brian A. Tsuchida, United States Magistrate Judge, U. S. Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

### COUNT ONE

**(Unlawful Possession of a Firearm)**

On or about February 6, 2023, in King County, within the Western District of Washington, CLARENCE LERNELL DARDEN, knowing he had been convicted of the following crime punishable by a term of imprisonment exceeding one year:

i.    *Unlawful Possession of a Firearm in the First Degree, King County Superior Court Cause Number 17-1-02741-0 SEA, on 12/13/2019;*

did knowingly possess, in or affecting interstate and foreign commerce, firearms, that is:

Complaint - 1
*United States v. Darden*
USAO No. 2023R000234

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

a Glock 17, 9 mm caliber pistol; and

a Glock 17, 9 mm caliber pistol,

which had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

And the complainant states that this Complaint is based on the following information:

I, Zane Davis, being first duly sworn on oath, depose and say:

I am a Special Agent with the United States Department of Justice (DOJ), Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and have been so employed since January 2022.  I am currently assigned to the ATF Puget Sound Regional Crime Gun Task Force in Seattle, Washington.  In this capacity, I enforce federal criminal laws relating to the unlawful possession, use and trafficking of firearms.  I also investigate individuals who illegally use firearms to commit violent crimes.

I received a Bachelor of Science degree in Law and Public Policy from Indiana University in Bloomington, Indiana. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrest for, offenses enumerated in Title 18, United States Code, Section 2516.

I received training at the Federal Law Enforcement Training Center in Glynco, Georgia. While there, I completed the Criminal Investigator Training Program which provided me knowledge of basic criminal investigations, including systematic techniques for processing crime scenes, interviewing witnesses, gathering evidence, and conducting surveillance. Additionally, I have completed the ATF Special Agent Basic Training program at Glynco, Georgia, which included extensive training on firearms and ammunition identification, firearms trafficking, alcohol and tobacco diversion investigations, explosives and arson investigations, and undercover operations.

Complaint - 2
*United States v. Darden*
USAO No. 2023R000234

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The facts in this affidavit come from my own personal knowledge and observations; my training and experience; information obtained from other agents and witnesses; review of documents and records related to this investigation; and communications with others who have personal knowledge of the events and circumstances described herein.  This affidavit is intended to show merely that there is sufficient probable cause for the requested Complaint, and therefore does not set forth all of my knowledge about this matter.

### SUMMARY OF INVESTIGATION

On December 13, 2019, CLARENCE LERNELL DARDEN was sentenced following his convict for Unlawful Possession of a Firearm in the First Degree, in King County Superior Court under cause number 17-1-02741-0 SEA. Upon DARDEN's release from prison on September 4, 2020, DARDEN was required to report to his Washington Department of Corrections (DOC) Community Corrections Officer (CCO).

On September 4, 2020, DARDEN reported to the DOC office in in Burien, Washington.  At that time, DARDEN reviewed his Washington DOC Conditions, Requirements, and Instructions, acknowledged his obligations pursuant to the sentence, and agreed to comply with the conditions of his supervision.  Among other requirements, these conditions prohibited the possession of firearms and ammunition.

In addition, the WA DOC Conditions, Requirements, and Instructions document advised DARDEN that he was "subject to search and seizure of my person, residence, automobile, or other personal property if there is reasonable cause on the part of Department employees to believe that I have violated the conditions/requirements or instructions above."

### February 2, 2023

On January 26, 2023, DARDEN reported to CCO VanDeWalle at the Washington DOC Burien Field Office. At that time, DARDEN was directed to report again on February 2, 2023. On February 2, 2023, DARDEN did not report as directed. CCO VanDeWalle attempted to reach DARDEN via phone, however, DARDEN did not respond. CCO VanDeWalle attempted to locate DARDEN by checking local jails and

Complaint - 3
*United States v. Darden*
USAO No. 2023R000234

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

hospitals, with no success. Due to DARDEN's failure to report to a scheduled meeting, a Washington DOC warrant was issued for DARDEN's arrest for violation of the terms of supervision.

### February 6, 2023

On February 3, 2023, Seattle Police Detective and ATF Task Force Officer Jones applied for, and was granted, a ping warrant for DARDEN's cell phone in order to arrest DARDEN on the outstanding DOC warrant. On February 5, 2023, officers received ping locations from DARDEN's cell phone. On February 6, 2023, ATF Special Agent (SA) Price was conducting surveillance in the area where DARDEN's cell phone pings were located and observed a gray 2017 Chevy Equinox WA plate CCS5241 parked in the driveway at a residence located on East Arthur Place, Seattle, WA 98112. This vehicle belongs to R.C.S., who is known to investigators through police reports as DARDEN's significant other.

At approximately 1344 hours, surveillance units observed R.C.S. exit the residence, enter the Chevy, and depart the residence. Surveillance units then observed R.C.S. sitting in the front passenger seat and another individual sitting in the driver's seat. Surveillance units followed the Chevy to better observe the driver and were able to confirm the driver matched DARDEN's description. Law enforcement units also received a cell phone ping location which showed that the cell phone was moving in a similar direction as the Chevy. At approximately 1410 hours, the Chevy parked in the parking lot for the tow yard located at 3460 1st Ave S, Seattle, WA 98134.

Officers then approached the Chevy and observed DARDEN sitting in the driver's seat. ATF Task Force Officer (TFO) John Conaty, who is employed by the Washington DOC, observed DARDEN looking behind him where emergency lights were visible, and moving around aggressively. DARDEN continued moving around and refused to comply with the officer's verbal commands to raise his hands. TFO Conaty observed DARDEN lift himself up while reaching toward his waistband and then bend over as if trying to conceal something under the driver's seat area. After repeated commands to exit the vehicle, DARDEN raised his hands and was taken into custody.

Complaint - 4
*United States v. Darden*
USAO No. 2023R000234

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

During the subsequent search of the Chevy, officers seized two firearms from underneath the driver's seat where DARDEN had been seated:  (1) a Glock 17 9x19mm caliber pistol serial number NUL963, which was loaded with a magazine loaded with ammunition and had a round in the chamber; and (2) a Glock 17 9x19mm caliber pistol serial number ADKT826, which was loaded with a magazine loaded with ammunition and a round in the chamber located inside a black box stored under the driver's seat. R.C.S. denied knowledge or ownership of either firearm.

**Interstate Nexus Examination of the Firearm**

On February 15, 2023, ATF Special Agent Catherine Cole, a certified Interstate Firearms and Ammunition Nexus Expert, who has been trained in the recognition of firearms and ammunition and their origin of manufacture, visually and physical examined the above described firearms and determined that the handguns were not manufactured in the state of Washington.  Based upon her experience, knowledge, and research, it also SA Cole's opinion that the above-listed handguns meet the definition of a firearm under Title 18, United States Code, Section 921(a)(3).  Furthermore, it is SA Cole's opinion that, because the above-listed firearms were not manufactured in the state of Washington, they therefore must have traveled in, and thereby affected, interstate commerce if they were received or possessed in the state of Washington.

//

//

Complaint - 5
*United States v. Darden*
USAO No. 2023R000234

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Based on the above facts, I respectfully submit that there is probable cause to believe that CLARENCE LERNELL DARDEN did knowingly and intentionally unlawfully possess a firearm, in violation of Title18, United States Code, Section 922(g)(1).

Zane F. Davis
Digitally signed by Zane F. Davis
Date: 2023.02.22 09:15:02 -08'00'

ZANE DAVIS, Complainant
Special Agent, Bureau of Alcohol, Tobacco, Firearms, and Explosives

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe the Defendant committed the offense set forth in the Complaint.

Dated this __23__ day of February, 2023.

BRIAN A. TSUCHIDA
United States Magistrate Judge

Complaint - 6
*United States v. Darden*
USAO No. 2023R000234

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970